IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JENNIFER OWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:17cv205 |
| | ) |
| COUNTY OF FRANKLIN, VIRGINIA | ) |
| | ) |
| and | ) |
| | ) |
| ROBERT ANDREW MORRIS, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, by counsel, stipulate to the dismissal of this action with prejudice and with all parties to bear their own costs.

COUNTY OF FRANKLIN, VIRGINIA

By: /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB #22299)
Julian F. Harf (VSB #90775)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
jimg@guynnwaddell.com
julianh@guynnwaddell.com
*Counsel for Defendant Franklin County*

ROBERT ANDREW MORRIS

By: /s/ Johneal M. White
Melissa W. Robinson (VSB #29065)
Johneal M. White (VSB #74251)
Glenn Robinson Cathey Memmer & Skaff, PLC
400 Salem Avenue, S.W. Suite 100
Roanoke, Virginia 24016

1

Phone: 540-767-2200
Fax: 540-767-2220
mrobinson@glennrob.com
jwhite@glennrob.com
*Counsel for Defendant Robert Andrew Morris*


JENNIFER OWEN

By: /s/ Terry N. Grimes
Terry N. Grimes (VSB #24127)
320 Elm Avenue, SW
Roanoke, Virginia 24016-4002
Phone: 540-982-3711
Fax: 345-6572
tgrimes@terryngrimes.com
*Counsel for Plaintiff*

Thomas E. Strelka (VSB #75488)
Brittany M. Haddox (VSB #86416)
Strelka Law Office, PC
Warehouse Row, Suite 330
119 Norfolk Avenue, SW
Roanoke, Virginia 24011
Phone: 540-283-0802
Fax: 888-338-0125
thomas@strelkalaw.com
brittany@strelkalaw.com
*Counsel for Plaintiff*

Melvin E. Williams (VSB #43305)
Meghan A. Strickler (VSB #88556)
Mel Williams PLC
1320 Third Street, SW
Roanoke, Virginia 24016
Phone: 540-266-7800
Fax: 540-206-3857
mel@melwilliamslaw.com
meghan@melwilliamslaw.com
*Counsel for Plaintiff*

2